December 12, 1974


Commonwealth *v.* Anderson, Appellant et al.

Before LEWIS, J., without a jury.

Argued November 11, 1974. *Allan Berman,* for

748

appellant; *Charles Johns,* with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.